FILED'08 OCT 09 11:39USDC-ORP

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

AXIAL VECTOR ENGINE CORP. fka
AERO MARINE ENGINE, INC.

    Plaintiff,

v.

TRANSPORTER, INC., a Nevada
Corporation; CRAIG DELLA PENNA;
and DANIEL H. WERNER,

    Defendants.

Civil No. 05-1469-AC

ORDER

HAGGERTY, Chief Judge:

    Magistrate Judge Acosta has issued a Findings and Recommendation [269] in this action. The Magistrate Judge recommended that Della Penna and Werner's Motion to File a First Amended Answer [244] should be denied. No objections were filed, and the case was referred to this court.

1 - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States Dist. Ct.*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. This court adopts the Magistrate Judge's Findings and Recommendation.

## CONCLUSION

Magistrate Judge Acosta's Findings and Recommendation [269] is adopted and Della Penna and Werner's Motion to File a First Amended Answer [244] is denied.

IT IS SO ORDERED.

Dated this 7 day of October, 2008.

Ancer L. Haggerty
United States District Judge

2 - ORDER